# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

CLARENCE LARK

**WARRANT FOR ARREST**

CASE NUMBER: 00-6311

CR - HUCK   MAGISTRATE JUDGE
            BROWN

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __CLARENCE LARK__
                                        Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

Rico conspiracy; narcotics importation conspiracy; narcotics distribution conspiracy; money laundering conspiracy; and substantive money laundering

in violation of Title 21 United States Code, Section(s) 846, 963
in violation of Title 18 United States Code, Section(s) 1956, 1956(h), 1962(d)

| CLARENCE MADDOX | COURT ADMINISTRATOR/CLERK OF THE COURT |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Jenny Butler | 10/31/00   FORT LAUDERDALE, FLORIDA |
| Signature of Issuing Officer | Date and Location |
| Bail fixed at $ PRETRIAL DETENTION | BARRY S. SELTZER /s/ Barry Seltzer by UNITED STATES MAGISTRATE JUDGE |
| | Name of Judicial Officer |

## RETURN

This warrant was received and executed with the arrest of the above named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY: