UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   00-6311-HUCK

UNITED STATES OF AMERICA,

vs.

CLARENCE LARK   ET AL.

FILED by ___ D.C.
MAG. SEC.
NOV - 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.   MIAMI

This cause came before the Court and pursuant to proceedings held, it is thereupon

ORDERED AND ADJUDGED as follows:

PURSUANT TO THE ARREST OF THE ABOVE NAMED DEFENDANTS, THIS CASE IS HEREBY UNSEALED.

DONE AND ORDERED at Miami, Florida this ___6TH___ day of ___NOVEMBER___, 2000.

TAPE NO: 00C- 78 -1840
             78 -2320

_____
UNITED STATES MAGISTRATE JUDGE
BARRY L. GARBER

c: AUSA  DiNo
   Defense Counsel
   Pretrial Services
   U.S. Marshal
formblan.kor