# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA )   CASE NUMBER: CR **00-6311 CR-HUCK**
          Plaintiff )
)
        -vs- )   REPORT COMMENCING CRIMINAL ACTION
)
**LARK, Clarence** )   **66565004**
         Defendant

******************************************************

TO: CLERK'S OFFICE    MIAMI    FT. LAUDERDALE    W. PALM BEACH
    U.S. DISTRICT COURT              (circle one)

*FILED / MAG. SEC. / NOV 6 2000 / CLARENCE MADDOX / CLERK U.S. DIST. CT. / S.D. FLA. MIAMI*

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

******************************************************

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: **11/05/00** @ _____ a.m./p.m.

(2) LANGUAGE(S) SPOKEN: **ENGLISH**

(3) OFFENSE(S) CHARGED: **21 USC 846, 963, 18 USC 1956, 1956(h), 1962(d)**

(4) UNITED STATES CITIZEN:    (X) YES    ( ) NO    ( ) UNKNOWN

(5) DATE OF BIRTH: **11-07-43**

(6) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
    [X] INDICTMENT    [ ] COMPLAINT    CASE # **00-6311 CR-HUCK**
    [ ] BENCH WARRANT FOR FAILURE TO APPEAR
    [ ] PAROLE VIOLATION WARRANT
    ORIGINATING DISTRICT: **So. Dist of Fla**
    COPY OF WARRANT LEFT WITH BOOKING OFFICER?    [ ] YES    [ ] NO

AMOUNT OF BOND: $_____ WHO SET BOND? _____

(7) REMARKS: _____

(8) DATE: _____    (9) ARRESTING OFFICER **S/A Jeff Hamm...**

(10) AGENCY **USDL/OIG** (11) PHONE # **954-491-3525**

(12) COMMENTS _____

28/