UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6311-CR-HUCK

UNITED STATES OF AMERICA

vs.

CLARENCE LARK
           Defendant.
_____/

**ARRAIGNMENT INFORMATION SHEET**

Jail No : 66565-004

Language: English

The above-named Defendant appeared before **Magistrate Judge Barry L. Garber,** where the Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

FILED by _hg_ D.C.
MAG. SEC.
NOV 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

Defendant:      Address: _____

                          _____

                Tel. No: _____

Defense Counsel:   Name : Donald Bierman

                   Address: 800 Brickell Ave
                            Miami, FL 33131

                   Tel. No: 358-7000

Bond Set/Continued:    $500,000 PSB + 100,000 CSB

Dated this 6th day of November, 2000.

CLARENCE MADDOX, CLERK

BY  Karen Sussmann
    Deputy Clerk

c: Clerk for Judge
   U.S. Attorney  Ditto
   Defense Counsel
   Pretrial Services
formarra.ign

TAPE NO. 00C 78-2320
DIGITAL START NO. _____

78-1840

31/79