# United States District Court

SOUTHERN DISTRICT OF FLORIDA  520493

UNITED STATES OF AMERICA

v.

CLARENCE LARK

**WARRANT FOR ARREST**

UNITED STATES MARSHAL

2000 OCT 31 PM 4:06

SOUTHERN DISTRICT OF FLORIDA
FT. LAUD. OFFICE

CASE NUMBER: **00-6311**

**CR - HUCK**   MAGISTRATE JUDGE
BROWN

TO:   **The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest   <u>CLARENCE LARK</u>
_____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X ]Indictment   [ ]Information   [ ]Complaint   [ ]Order of court   [ ]Violation Notice   [ ]Probation Violation Petition

charging him or her with (brief description of offense)

Rico conspiracy; narcotics importation conspiracy; narcotics distribution conspiracy; money laundering conspiracy; and substantive money laundering

in violation of Title 21 United States Code, Section(s) <u>846, 963</u>
in violation of Title 18 United States Code, Section(s) <u>1956, 1956(h), 1962(d)</u>

CLARENCE MADDOX
_____
Name of Issuing Officer

Signature of Issuing Officer
BSS

Bail fixed at $ <u>PRETRIAL DETENTION</u>

COURT ADMINISTRATOR/CLERK OF THE COURT
Title of Issuing Officer

<u>10/31/00   FORT LAUDERDALE, FLORIDA</u>
Date and Location

BARRY S. SELTZER
by UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at **Miami, FL** |

CLERK U.S. DIST. CT.
S.D. OF FLA.
00 NOV 13 PM 5: 35
CLARENCE MADDOX

| DATE RECEIVED 10/31/00 | NAME AND TITLE OF ARRESTING OFFICER **James A. Tassone** **United States Marshal** **Southern District of Florida** | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST **11/5/00** | | **Edward Purchase, SDUSM** |

AO 442 (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**