UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,          CASE NO. 00-6311-CR-HUCK

        Plaintiff,

vs.                                <u>NOTICE OF HEARING</u>

CLARENCE LARK,
LARRY CRENSHAW,
CURTIS NEWTON,
JOHN GALLO,
RICARDO MCHORNE,
CHARLIE HALL,
KEITH LAMPKIN,
LAWRENCE SEYMORE,

        Defendant.
_____/



FILED by _____ D.C.

DEC 19 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

    PLEASE TAKE NOTICE that the above-entitled cause has been scheduled for a Special Status Conference hearing on Thursday, January 04, 2001, at 8:00 a.m., before the Honorable PAUL C.HUCK, United States District Judge, at 301 North Miami Avenue, Miami, Florida, Fourth Floor Courtroom.

    Dated: December 19, 2000

CLARENCE MADDOX, CLERK

By: Valerie Thompkins,
Deputy Clerk

cc: all counsel of record via fax and mail
    <u>**DEFENDANT'S DO NOT HAVE TO APPEAR,ONLY COUNSEL**</u>