UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED
JAN 03 2001
CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

UNITED STATES OF AMERICA,                    CASE NUMBER 00-6311-CR-HUCK

    Plaintiff,                                MAGISTRATE JUDGE BROWN

v.

CLARENCE LARK, et al.,

    Defendants.
_____/

### DEFENDANT LAWRENCE SEYMORE'S MOTION FOR CONTINUANCE OF TRIAL

Defendant LAWRENCE SEYMORE ("SEYMORE") files this Motion for Continuance of Trial presently scheduled for January 15, 2001 and as grounds and good cause states:

1. The indictment in the present case is thirty-seven (37) pages in length involving nine (9) defendants and consists of forty-three (43) counts involving, among other things, money laundering, conspiracy and RICO violations.

2. A package of discovery documents approximating one (1) inch in thickness were just mailed by Assistant United States Attorney Michael J. Dittoe on December 20, 2000 via FedEx to the undersigned. (A true and accurate copy of the FedEx cover sheet is attached as Exhibit "A.")

3. The undersigned has also been advised that there are several boxes of additional discovery documents which, as of this date, have not yet been produced to the defense.

4. The undersigned cannot adequately represent and defend Defendant SEYMORE (i.e. review the as yet unavailable discovery, conduct any investigation, file appropriate motions and prepare for trial) by January 15. Accordingly, the undersigned has filed an Affidavit of Good Cause which is attached and incorporated as Exhibit "B."

WHEREFORE, Defendant LAWRENCE SEYMORE respectfully requests, for the aforementioned reasons, that this Honorable Court continue the presently scheduled trial setting in this cause in order to afford the undersigned counsel adequate time consistent with the discovery to prepare a proper defense.

Respectfully submitted,

LEHR & GASALLA, P.A.
Attorneys for Defendant Seymore
Suite 810
1401 Brickell Avenue
Miami, Florida 33131
(305) 377-1777

BY _____
BRUCE H. LEHR
Florida Bar Number 318930

## CERTIFICATE OF SERVICE

I CERTIFY that a true and accurate copy of the foregoing was mailed to the individuals listed on the attached Service List on this 3rd day of January, 2001.

_____
BRUCE H. LEHR, ESQUIRE

## SERVICE LIST

<u>United States v. Lawrence Clark, et. Al.</u>
<u>Case Number 00-6311-CR-HUCK</u>

Michael J. Dittoe, Esq.
United States Attorney's Office
7th Floor
500 East Broward Boulevard
Fort Lauderdale, Florida 33394

Paul D. Lazarus, Esq.
Paul D. Lazarus, P.A.
Penthouse Two
800 Brickell Avenue
Miami, Florida 33131

Donald I. Bierman
Bierman, Shohat, Loewy & Klein, P.A.
Penthouse Two
800 Brickell Avenue
Miami, Florida 33131

Guy Spiegleman, Esq.
Suite 400
28 West Flagler Street
Miami, Florida 33131

Reemberto Diaz, Esq.
1435 South Miami Avenue
Miami, Florida 33130

Steve Kassner, Esq.
Suite 303
815 Ponce de Leon Boulevard
Coral Gables, Florida 33134

Larry Hanfield, Esq.
Suite 1130
4700 Biscayne Boulevard
Miami, Florida 33137

William J. Cone, Esq.
514 Southeast 7th Street
Fort Lauderdale, Florida 33301

James D. Henderson, Esq.
Suite 1130
12121 Wilshire Boulevard
Los Angeles, California 90025

Martin R. Raskin, Esq.
Suite 206, Grove Forest Plaza
2937 Southwest 27th Avenue
Miami, Florida 33133