

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NUMBER 00-6311-CR-HUCK

    Plaintiff,   MAGISTRATE JUDGE BROWN

v.

CLARENCE LARK, et al.,

    Defendants.
_____/

### AFFIDAVIT OF GOOD CAUSE IN SUPPORT OF DEFENDANT LAWRENCE SEYMORE'S MOTION FOR CONTINUANCE OF TRIAL

STATE OF FLORIDA      )
                      )
COUNTY OF MIAMI-DADE  )

BEFORE ME, the undersigned authority, this day personally appeared BRUCE H. LEHR, who, having been duly sworn, deposes and says,

1. My name is BRUCE H. LEHR, and I am counsel of record for the Defendant LAWRENCE SEYMORE in the above-styled cause, and all the matters set forth herein are based upon personal knowledge.

2. On or about December 21, 2000 I received discovery documents in this cause from Assistant United States Attorney Michael Dittoe.

3. These documents were approximately one inch in thickness.

4. I also learned from these documents that there are approximately twelve (12) boxes containing additional discovery documents. These documents, to my knowledge, have, as of this date, not yet been made available to the defense.

5. I have discussed the above with my client, LAWRENCE SEYMORE who has no objection



to a continuance of the trial setting in this matter given the circumstances set forth in this Affidavit and the accompanying Motion.

    FURTHER AFFIANT SAYETH NAUGHT

                                                                    BRUCE H. LEHR
                                                                     Affiant

STATE OF FLORIDA            )
                                    )
COUNTY OF MIAMI-DADE   )

    I HEREBY CERTIFY that on this day, before me, an officer duly authorized in the State and County aforesaid to administer oaths and take acknowledgments, personally appeared BRUCE H. LEHR who is personally known to me and who did take an oath and who executed the foregoing Affidavit of Good Cause.

    WITNESS my hand and seal in the County and State last aforesaid this 2nd day of January, 2001.

                                                        Notary Public, State of Florida

My commission expires:

Helen Hanson
Commission # CC 774439
Expires NOV. 2, 2002
BONDED THRU
ATLANTIC BONDING CO., INC.

                                                       Helen Hanson
                                                      Printed name of Notary



                                            Exhibit "B"