UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6311-Cr-Huck/Brown

UNITED STATES OF AMERICA,

    Plaintiff,

vs

CLARENCE LARK, et al,

    Defendants.
_____/

### DEFENDANT LARK'S WAIVER OF RIGHT TO SPEEDY TRIAL

Clarence Lark, the defendant in the above-captioned matter, having been advised that, pursuant to 18 U.S.C. §3161, he has the right to be speedily brought to trial within seventy (70) days of entering a plea of not guilty as to his indictment, and the Defendant Lark believing that a continuance is in his best interests in order for him to properly prepare for trial, hereby waives such speedy trial rights. Specifically, the Defendant reserves all other rights including whatever Statute of Limitation rights exist.

    Respectfully submitted,

    BIERMAN, SHOHAT,
    LOEWY & KLEIN P.A.
    Attorneys for Defendant Lark
    800 Brickell Avenue PH-2
    Miami, FL 33131-2944
    Phone: 305-358-7000
    Facsimile: 305-358-4010

CLARENCE LARK

BY _____
DONALD I. BIERMAN
Florida Bar: 093244

Certificate of Service

I hereby certify that a true and correct copy of the foregoing was delivered by mail this _10_ day of January 2001 to the parties listed on the attached Service List.

_____
Donald I. Bierman

LAW OFFICES OF BIERMAN, SHOHAT, LOEWY & KLEIN, P.A. PENTHOUSE TWO, 800 BRICKELL AVENUE, MIAMI, FLORIDA 33131-2944

## SERVICE LIST
## UNITED STATES v CLARENCE LARK, et al
### CASE NO. 00-6311-Cr-Huck

Michael J. Dittoe, Esq.
Assistant U.S. Attorney
500 East Broward Blvd.
7th Floor
Fort Lauderdale, FL 33394

954-356-7392, 7254 ext. 3586


Paul D. Lazarus, Esquire
800 Brickell Avenue
Penthouse Two
Miami, FL 33131

305-539-0606
Attorney for Crenshaw


Guy Speigelman, Esquire
Suite 400
28 West Flagler Street
Miami, FL 33131

305-373-6634
Attorney for McHorne


Reemberto Diaz, Esquire
1435 South Miami Avenue
Miami, FL 33130

305-446-0001
Attorney for Hall


James D. Henderson, Esquire
12121 Wilshire Blvd., Suite 1130
Los Angeles, CA 90025

310-478-3131
Attorney for Gallo


William J. Cone, Jr., Esquire
514 S.E. 7th Street
Fort Lauderdale, FL 33301

954-764-0570
Attorney for Newton


Donald I. Bierman, Esq
Bierman, Shohat, Loewy & Klein P.A.
800 Brickell Avenue, PH-2
Miami, FL 33131

305-358-7000
Attorney for Lark


Steve Kassner, Esquire
815 Ponce de Leon Blvd.
Suite 303
Coral Gables, FL 33134

305-461-2744
Attorney for Lampkin


Bruce H. Lehr, Esquire
Suite 810
1401 Brickell Avenue
Miami, FL 33131

305-377-1777
Attorney for Seymour


Larry Hanfield, Esquire
4770 Biscayne Blvd.
Suite 1200
Miami, FL 33137

305-576-1011
Attorney for Hall


Martin R. Raskin, Esquire
Grove Forest Plaza, Suite 206
2937 S.W. 27 Avenue
Miami, FL 33133

305-444-3400
Attorney for Gallo