UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6311-Cr-Huck
(Magistrate Garber)

UNITED STATES OF AMERICA,

        Plaintiff,

vs

CLARENCE LARK, et al,

        Defendants.
_____/

## ORDER MODIFYING TERMS OF RELEASE

THIS CAUSE came before the Court upon the Unopposed Motion of the Defendant Lark to Modify the Terms of his Release. The Court having reviewed the Motion and noting the position of the government, it is hereby

ORDERED AND ADJUDGED that the motion be and the same is hereby GRANTED. The terms of release as to the Defendant, Clarence Lark, are hereby modified as follows: the condition of home confinement is hereby vacated with the provision that the Defendant have an evening curfew of Monday through Friday, 8:00 p.m. - 8:00 a.m.; Saturday and Sunday 7:00 p.m. - 9:00 a.m.

DONE AND ORDERED at Miami-Dade, Florida this 24th day of January 2001.

                                            _____
                                            United States Magistrate Judge

Copies furnished to:

Bierman, Shohat, Loewy & Klein P.A.
AUSA Michael Dittoe, Esquire
Pretrial Services