UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER 00-6311-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

VS.

CLARENCE LARK, Et Al.

    Defendants
_____/

## JOINT RESPONSE TO JURY QUESTIONNAIRE

Comes now the United States and hereby files its Response setting forth a brief description of the case for inclusion in the Jury Questionnaire.

Respectfully submitted,
GUY A. LEWIS
UNITED STATES ATTORNEY

BY: *[signature]*
MICHAEL J. DITTOE
Assistant United States Attorney
Court ID #A5500209
500 E. Broward Blvd., Ste. 700
Ft. Lauderdale, FL 33394-3002
Tel: (954) 356-7392
Fax: (954) 356-7230

## Description of Case

39. In this case the indictment charges all the defendants with conspiracy to distribute narcotics that were smuggled into the United States through Port Everglades and elsewhere in South Florida. The defendants Clarence Lark and Larry Crenshaw are charged with conspiring to operate Teamsters Local 390 as a Racketeering Enterprise and with money laundering. The defendant John Gallo is also charged with money laundering. Do you have any views about these general charges that may affect your ability to be a juror on this type of case?

Yes_____    No_____

If Yes, please explain: _____

_____

_____.

Have you seen, read or heard anything about this case?

Yes_____    No _____

If yes, please state what you remember reading or hearing about the case. _____

_____

_____

_____.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this _14 TH_

day of March, 2001 to:

Donald I. Bierman, Esq  
Bierman, Shohat, Loewy & Klein, P.A.  
800 Brickell Avenue, PH-2  
Miami, FL 33131  

(305) 358-7000  
Attorney for Lark  

Steve Kassner, Esq.  
815 Ponce de Leon Blvd., Ste. 303  
Coral Gables, FL 33134  

(305) 461-2744  
Attorney for Lampkin  

Bruce H. Lehr, Esq.  
1401 Brickell Ave., Ste. 810  
Miami, FL 33131  

(305) 377-1777  
Attorney for Seymour  

Larry Hanfield, Esq.  
4770 Biscayne Blvd., Ste. 1200  
Miami, FL 33137  

(305) 576-1011  
Attorney for Hall  

Paul D. Lazarus, Esq.  
800 Brickell Ave., PH-2  
Miami, FL 33131  

(305) 539-0606  
Attorney for Crenshaw  

Guy Speigelman, Esq.  
28 W. Flagler St., Ste. 400  
Miami, FL 33131  

(305) 373-6634  
Attorney for McHome  

Reemberto Diaz, Esq.  
1435 S. Miami Ave.  
Miami, FL 33130  

(305) 446-0001  
Attorney for Hall  

James D. Henderson, Esq.  
12121 Wilshire Blvd., Ste. 1130  
Los Angeles, CA 90025  

(310) 478-3131  
Attorney for Gallo

Martin R. Raskin, Esq.  
Grove Forest Plaza, Ste. 206  
2937 S.W. 27 Ave.  
Miami, FL 33133  

(305) 444-3400  
Attorney for Gallo

William J. Cone, Jr., Esq.  
514 S.E. Seventh St.  
Ft. Lauderdale, FL 33301  

(954) 764-0570  
Attorney for Newton  


_____  
MICHAEL J. DITTOE  
ASSISTANT UNITED STATES ATTORNEY