00-6311.ok

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6311 CR HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CURTIS NEWTON, et al.,

    Defendants.

_____/



### ORDER GRANTING MOTION TO FILE RESPONSES OUT OF TIME

This Cause is before the Court on the United States' Motion to File Responses Out of Time, filed March 19, 2001. The Court having reviewed the motion and the file, and being otherwise fully advised, it is **ORDERED AND ADJUDGED** that said motion be and the same is hereby **GRANTED,** and the Government's responses to Defendant Newton's Motion to Dismiss Counts Two and Three of the Indictment and Motion for a Bill of Particulars are hereby deemed timely filed.

**DONE AND ORDERED** this 21st day of March, 2001 at Miami, Florida.

STEPHEN T. BROWN
U.S. MAGISTRATE JUDGE

cc:    Honorable Paul C. Huck
        Michael Dittoe, Esq. (AUSA)
        Paul D. Lazurus, Esq.
        James D. Henderson, Esq.
        Donald I. Bierman, Esq.
        William Cone, Esq.
        Reemberto Diaz, Esq.
        Martin R. Raskin, Esq.
        Steve Kassner, Esq.
        Larry R. Handfield, Esq.
        Bruce H. Lehr, Esq.
        Guy Spiegelman, Esq.