UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6311-CR-HUCK-BROWN

FILED by ___ D.C.

MAR 2 3 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

CLARENCE LARK, et al,

                                   ORDER

      Defendant(s).

_____/

      THIS CAUSE came before the Court upon the Emergency Petition for Temporary Return Of Seized Assets, filed March 21, 2001. Accordingly, it is

      ORDERED AND ADJUDGED that the Government shall respond to Defendant's motion within 3 days from the date of this Order.

      DONE AND ORDERED at Miami, Florida, this _22_ day of March 2001.

                                       PAUL C. HUCK
                                       UNITED STATES DISTRICT JUDGE
                                       SOUTHERN DISTRICT OF FLORIDA

cc:  Michael Dittoe, AUSA
      Paul D. Lazarus, Esq.