MINUTES/CALENDAR
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

U. S. MAGISTRATE JUDGE **STEPHEN T. BROWN**

COURTROOM VIII    TIME: 10:00 a.m. - 10:40 a.m. Interpreter ____

FILED by _____ D.C.
APR 3 - 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Case No. 00-6311-CR-PCH    Date 4/3/01

Clerk **STEPHANIE A. LEE**    Tape No./Court Reporter 010-38-770

Style: USA v. Clarence Lark, et al

Plaintiff (s) Attorney(s) AUSA Michael Dittoe, AUSA William Beckerleg, Darrin Sachs, S/A FBI

Defendant (s) Attorney (s) Don Bierman

Proceeding: Emergency Petition for Return of Seized Assets. Thy. held. Matter continued to Mon, April 9, 2001 @ 10:00 a.m.