UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6311-CR-HUCK

   Plaintiff,

vs.   NOTICE OF HEARING

CLARENCE LARK,
LARRY CRENSHAW,
CURTIS NEWTON,
JOHN GALLO,
CHARLIE HALL,
LAWRENCE SEYMORE,
RICARDO MCHORNE,
KEITH LAMPKIN,
   Defendant.
_____/



 PLEASE TAKE NOTICE that the above-entitled cause has been scheduled for a special status conference hearing on **THURSDAY, APRIL 12, 2001, at 9:00 a.m., before the Honorable PAUL C. HUCK,** United States District Judge, at Federal Justice Building, 99 NE 4th Street, 10th Floor, Courtroom #6, Miami, Florida.

 Dated: April 09, 2001

           CLARENCE MADDOX, CLERK

           By: _____
           Valerie Thompkins,
           Deputy Clerk

cc: all counsel of record by (fax)
   **NO DEFENDANTS NEED TO BE PRESENT.**