UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER 00-6311-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

VS.

CLARENCE LARK, Et Al.

    Defendants
_____/

FILED by _____ D.C.

APR 18 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

## ORDER GRANTING EMERGENCY UNOPPOSED MOTION CONCERNING JURY QUESTIONNAIRE

This matter is before the Court on the Unopposed Motion of the United States to remove certain information from documentation suppled to all counsel in connection with the jury questionnaire in the above captioned case.

After careful consideration,

It is hereby ORDERED that all documentation that reflects the specific street address, telephone number and zip code of any potential jury be removed from any documents supplied to counsel;

It is further ORDERED that such information shall not in any manner be publicly disclosed in any court file or otherwise.

_____
PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

