UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6311-CR-HUCK-BROWN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CLARENCE LARK, et al,

                                ORDER

    Defendant(s).
_____/

THIS CAUSE came before the Court upon the Defendant's Lark's Appeal of Magistrate Judge's Order Denying Motion to Strike Surplusage with Respect to General Allegation Paragraph 8 of the Indictment, filed April 17, 2001. Accordingly, it is

ORDERED AND ADJUDGED that the Government shall respond to Defendant's motion within 5 days from the date of this Order.

DONE AND ORDERED at Miami, Florida, this 19th day of April 2001.

                                           PAUL C. HUCK
                                           UNITED STATES DISTRICT JUDGE
                                           SOUTHERN DISTRICT OF FLORIDA

cc: all counsel of record