UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6311-CR-HUCK



UNITED STATES OF AMERICA,

    Plaintiff,

v.

CLARENCE LARK, et al.,

    Defendants.
_____/

## BILL OF PARTICULARS

The United States of America, through the undersigned Assistant United States Attorney for the Southern District of Florida, hereby files this Bill of Particulars and states that:

Notice is hereby given that the United States will seek forfeiture, pursuant to 18 U.S.C. §982 and 1963 and 21 U.S.C. §853, of the below listed property of Defendant Clarence Lark.

1.     $120,000.00 from Clarence Lark's IRA stock accounts at Prudential Securities in Aventura, Miami, Florida.

The forfeiture of the above property is sought pursuant to the forfeiture count, count I of the Indictment and the stipulation entered into and approved on April 18, 2001.

                        Respectfully submitted,

                        GUY A. LEWIS
                        UNITED STATES ATTORNEY



BY: _____
      MICHAEL DITTOE
      Assistant United States Attorney
      500 E. Broward Boulevard, Suite 700
      Ft. Lauderdale, Fl 33394
      Tel: (954)356-7255 ext. 3586
      Fax: (954)356-7230
      Fla. Bar No. A5500200

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the above and foregoing was faxed and mailed this 24th day of April, 2001, to Paul D. Lazarus, Esq., 800 Brickell Avenue, PH-2, Miami, FL 33131-2944 at FAX No. (305) 358-4010 and Donald Bierman, Esq., c/o Bierman, Shohat Loewy & Klein, 800 Brickell Avenue, Penthouse Two, Miami, FL 33131. FAX (305) 358-4010.

WILLIAM H. BECKERLEG, JR.
ASSISTANT U.S. ATTORNEY