

#21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6311-CR

<u>COURTROOM MINUTES</u>

HONORABLE <u>PAUL C. HUCK</u>, Presiding   Date 5/8/01

Cont'd from 5/7/01

Defendant 1. <u>CLARENCE LARK</u>         5. <u>RICARDO MCHORNE</u>

2. <u>LARRY CRENSHAW</u>         6. _____

3. <u>CURTIS NEWTON</u>          7. _____

4. <u>LAWRENCE SEYMORE</u>       8. _____

Defense Counsel <u>Donald Bierman, (&)</u>    AUSA <u>Michael Dittoe (&)</u>

<u>Paul Lazarus, Bruce Lehr, Guy Spiegleman,</u>    <u>Terry Thompson</u>

<u>William Cone</u>

Deputy Clerk <u>VALERIE THOMPKINS</u>    Reporter <u>LARRY HERR</u>

Calendar Call Held__ Non-appearance of Deft/Bench Warrant issued_

Begin Fugitive Interval__   Oral Motion_____

by_____

Oral Order   Grant__   Deny__   Adv.__

---

TRIAL:   JURY <u>XXX</u>   BENCH____

BENCH TRIAL BEGINS __ BENCH TRIAL HELD __   CONTINUED TO __/__/__

VOIR DIRE BEGINS __  JURY SELECTION CONTD.__ JURY IMPANELED __

JURY TRIAL BEGINS____   JURY TRIAL HELD <u>XX</u> CONTINUED TO 5/9/01 @ 8:30 AM

MISTRIAL DECLARED ___    NEW TRIAL ORDERED ___   TRIAL ENDS ___

DISMISSED COUNTS_____

__ COURT MOT  __ GOVT. MOT  __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts #_____