DAUY
# 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6311-CR

FILED by _____ D.C.
DKTG
MAY 9 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

COURTROOM MINUTES

HONORABLE PAUL C. HUCK_____, Presiding   Date 5/9/01

Cont'd from 5/8/01

Defendant 1.CLARENCE LARK_____   5. RICARDO MCHORNE_____

          2.LARRY CRENSHAW_____   6._____

          3.CURTIS NEWTON_____   7._____

          4.LAWRENCE SEYMORE_____   8._____

Defense Counsel Donald Bierman, (&)___   AUSA Michael Dittoe (&)___

Paul Lazarus, Bruce Lehr, Guy Spiegleman,___   Terry Thompson___

William Cone

Deputy Clerk VALERIE THOMPKINS____   Reporter LARRY HERR_____

Calendar Call Held__ Non-appearance of Deft/Bench Warrant issued_

Begin Fugitive Interval__   Oral Motion_____

                          by_____

          Oral Order   Grant__   Deny__   Adv.__

_____

          TRIAL:   JURY XXX   BENCH____

BENCH TRIAL BEGINS __ BENCH TRIAL HELD __ CONTINUED TO __/__/__

VOIR DIRE BEGINS __ JURY SELECTION CONTD.__ JURY IMPANELED __

JURY TRIAL BEGINS____ JURY TRIAL HELD XX CONTINUED TO 5/10/01

MISTRIAL DECLARED ___ NEW TRIAL ORDERED ___ TRIAL ENDS ___

DISMISSED COUNTS_____

          __ COURT MOT   __ GOVT. MOT   __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts #_____ SCANNED