United States District Court
Southern District of Florida

Case No: 00-6311 CR-Huck

United States of America

v

Clarence Lark et al.


FILED by V D.C.
MAY 0 8 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

Order

The Court having considered the application of counsel for defendant Lark to bring a tape recorder into the courtroom for use in playing a tape and being fully advised in the premises now it is

Ordered and Adjudged that said application is granted. Donald I Bierman is hereby authorized to bring a tape recorder and player into the federal courthouse for use during the pendency of the above captioned proceedings.

Done at Miami, Florida this 8th day of May.

Paul C Huck
United States District J

May 8, 2001