UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6311-Cr-Huck/Brown
98-6015 CR Hurley

UNITED STATES OF AMERICA,

Plaintiff,

vs

CLARENCE LARK, et al,

Defendants.
_____/



FILED by ___ D.C.
MAY 10 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

### ORDER TO UNSEAL PLEA COLLOQUY

THIS CAUSE came before the Court upon the *ore tenus* motion of the defendant, Clarence Lark, to unseal the plea colloquy of Ronald Welch in Case No. 98-6015-Cr-Hurley. The Court noting that the government has no objection to the granting of this Motion and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the motion be and the same is hereby GRANTED and the plea colloquy of Ronald Welch in Case No. 98-6015-Cr-Hurley is hereby ordered unsealed.

DONE AND ORDERED at Miami-Dade County, Florida this 10 day of May 2001.

UNITED STATES DISTRICT JUDGE

Copies furnished to:

Bierman, Shohat, Loewy & Klein P.A.
AUSA Michael Dittoe, Esquire
Clerk of Court