DAY #7

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6311-CR

COURTROOM MINUTES

HONORABLE PAUL C. HUCK            , Presiding   Date 5/15/01

Cont'd from    5/14/01

Defendant 1. CLARENCE LARK          5. RICARDO MCHORNE

2. LARRY CRENSHAW          6. _____

3. CURTIS NEWTON          7. _____

4. LAWRENCE SEYMORE          8. _____

Defense Counsel Donald Bierman, (&)    AUSA Michael Dittoe (&)

Paul Lazarus, Bruce Lehr, Guy Spiegleman,    Terry Thompson

William Cone

Deputy Clerk VALERIE THOMPKINS    Reporter LARRY HERR

Calendar Call Held__ Non-appearance of Deft/Bench Warrant issued_

Begin Fugitive Interval__   Oral Motion_____

by_____

Oral Order  Grant__  Deny__  Adv.__

_____

TRIAL:  JURY XXX   BENCH____

BENCH TRIAL BEGINS __ BENCH TRIAL HELD __  CONTINUED TO __/__/__

VOIR DIRE BEGINS __  JURY SELECTION CONTD.__ JURY IMPANELED __

JURY TRIAL BEGINS____  JURY TRIAL HELD XX CONTINUED TO 5/16/01

MISTRIAL DECLARED ___   NEW TRIAL ORDERED ___  TRIAL ENDS ___

DISMISSED COUNTS_____

__ COURT MOT  __ GOVT. MOT  __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts #_____