FILED by VT
MAY 16 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

DM
#8

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6311-CR

## COURTROOM MINUTES

HONORABLE PAUL C. HUCK_____, Presiding    Date 5/16/01

Cont'd from 5/15/01

Defendant  1. CLARENCE LARK_____    5. RICARDO MCHORNE_____

           2. LARRY CRENSHAW_____    6._____

           3. CURTIS NEWTON_____    7._____

           4. LAWRENCE SEYMORE_____    8._____

Defense Counsel Donald Bierman, (&)___    AUSA Michael Dittoe (&)___

Paul Lazarus, Bruce Lehr, Guy Spiegleman,    Terry Thompson_____

William Cone

Deputy Clerk VALERIE THOMPKINS____    Reporter LARRY HERR_____

Calendar Call Held__ Non-appearance of Deft/Bench Warrant issued__

Begin Fugitive Interval__    Oral Motion_____

by_____

Oral Order    Grant__    Deny__    Adv.__

_____

TRIAL:    JURY XXX    BENCH____

BENCH TRIAL BEGINS __ BENCH TRIAL HELD __ CONTINUED TO __/__/__

VOIR DIRE BEGINS __ JURY SELECTION CONTD.__ JURY IMPANELED __

JURY TRIAL BEGINS____ JURY TRIAL HELD XX CONTINUED TO 5/17/01

MISTRIAL DECLARED ___    NEW TRIAL ORDERED ___    TRIAL ENDS ___

DISMISSED COUNTS_____

__ COURT MOT    __ GOVT. MOT    __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts #_____

# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA


FILED by VT D.C.
MAY 16 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

HONORABLE
PAUL C. HUCK

==================================================================

CASE NO. 01-955-CR                              DATE  5-16-2001

CLERK  Valerie Thompkins               REPORTER LARRY HERR

USPO                                   INTERPRETER

    UNITED STATES OF AMERICA  vs. JUANA RODRIGUEZ, ELIO DIAZ,

RAUL MARTIN-ACOSTA, RAUL SOTO

AUSA DARRIN GAYLES                     DEFENSE CSL. JESUS BUJAN,

ABE BAILEY, GUSTAVO GARCIA-MONTES, GREG PREBISH

Defendant(s) Present_____ Not Present XXX In Custody_____

TYPE OF HEARING CALENDAR CALL

RESULT OF HEARING Change of Plea Set for "Defendant's" Juana Rodriguez (+) Elio Diaz for 5-17-01 @ 3pm

As to defendant's Raul Martin-Acosta (+) Raul Soto Defense motion to Continue is hereby Denied Court set both defendants for Trial the 2nd wk beginning 5-30-01

==================================================================

NEW DATES SET BY COURT

Defense P/T/Motions  _____        Trial Date _____

Govt. Resp to P/T/Motions _____   Further S/C _____

Change of Plea  _____