FILED by __ D.C.
MAY 17 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6311-CR

<u>COURTROOM MINUTES</u>

HONORABLE <u>PAUL C. HUCK</u>, Presiding   Date 5/17/01

Cont'd from 5/16/01

Defendant 1. <u>CLARENCE LARK</u>         5. <u>RICARDO MCHORNE</u>
           2. <u>LARRY CRENSHAW</u>       6. _____
           3. <u>CURTIS NEWTON</u>        7. _____
           4. <u>LAWRENCE SEYMORE</u>     8. _____

Defense Counsel <u>Donald Bierman, (&)</u>   AUSA <u>Michael Dittoe (&)</u>

<u>Paul Lazarus, Bruce Lehr, Guy Spiegleman,</u>   <u>Terry Thompson</u>

<u>William Cone</u>

Deputy Clerk <u>VALERIE THOMPKINS</u>   Reporter <u>LARRY HERR</u>

Calendar Call Held__ Non-appearance of Deft/Bench Warrant issued__

Begin Fugitive Interval__   Oral Motion_____

                            by_____

                Oral Order   Grant__   Deny__   Adv.__

TRIAL:   JURY XXX   BENCH____

BENCH TRIAL BEGINS __ BENCH TRIAL HELD __ CONTINUED TO __/__/__

VOIR DIRE BEGINS __ JURY SELECTION CONTD.__ JURY IMPANELED __

JURY TRIAL BEGINS____ JURY TRIAL HELD XX CONTINUED TO 5/18/01

MISTRIAL DECLARED ___   NEW TRIAL ORDERED ___   TRIAL ENDS ___

DISMISSED COUNTS_____

         __ COURT MOT   __ GOVT. MOT   __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts #_____