## WRIT OF *HABEAS CORPUS AD TESTIFICANDUM*

TO: United States Marshal Service
301 N. Miami Avenue, Room 205
Miami, Florida 33128
305-536-5346

TO: Ms. Gerlinski, Warden
Allenwood Low Security Correction
Route 15 North
Allenwood, PA 17810
570-547-1990



FILED by _____ D.C.
MAY 18 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

**YOU ARE HEREBY COMMANDED** to produce the body of **DAVE EDWARDS** with **Registration Number 60964-004**, whose date of birth is February 4, 1966, who is incarcerated at **Allenwood Low Security Correction, located at Route 15 North, Allenwood, PA 17810**, before the **Honorable Paul C. Huck, U. S. District Judge** at the **United States District Court at 99 N.E. Fourth Street, 10th Floor, Courtroom 6, Miami, Florida 33132**, on **Friday, May 25, 2001 at 10:00 a.m.** to testify in the trial of *United States of America v. Clarence Lark*, Case No. 00-6311-CR-HUCK, and to return him to Low Security Correction at Allenwood, Pennsylvania thereafter. All costs shall be paid by the Defendant, Clarence Lark.

**DATED** this _18_ day of May, 2001.

_____
PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

cc: Donald I. Bierman, Esq.
Mike Dittoe, Esq. (AUSA)