

#10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6311-CR

COURTROOM MINUTES

HONORABLE PAUL C. HUCK, Presiding    Date 5/18/01

Cont'd from 5/17/01

| Defendant | | |
|---|---|---|
| 1. CLARENCE LARK | 5. | RICARDO MCHORNE |
| 2. LARRY CRENSHAW | 6. | |
| 3. CURTIS NEWTON | 7. | |
| 4. LAWRENCE SEYMORE | 8. | |

Defense Counsel Donald Bierman, (&)    AUSA Michael Dittoe (&)

Paul Lazarus, Bruce Lehr, Guy Spiegleman,    Terry Thompson

William Cone

Deputy Clerk VALERIE THOMPKINS    Reporter LARRY HERR

Calendar Call Held__ Non-appearance of Deft/Bench Warrant issued_

Begin Fugitive Interval__    Oral Motion_____

by_____

Oral Order    Grant__    Deny__    Adv.__

TRIAL:    JURY XXX    BENCH____

BENCH TRIAL BEGINS __ BENCH TRIAL HELD __ CONTINUED TO _/_/_

VOIR DIRE BEGINS __ JURY SELECTION CONTD.__ JURY IMPANELED __

JURY TRIAL BEGINS____ JURY TRIAL HELD XX CONTINUED TO 5/21/01

MISTRIAL DECLARED ___ NEW TRIAL ORDERED ___ TRIAL ENDS __ C 8:30

DISMISSED COUNTS_____

__ COURT MOT  __ GOVT. MOT  __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts #_____