UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER 00-6311-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

VS.

CLARENCE LARK, et al.

    Defendants
_____/

## SUPPLEMENTAL BRADY DISCLOSURE

Comes now the Unites States, and hereby files its further supplemental disclosure under Brady v. Maryland and its progeny.

The witness Willie Jackson testified that he was informed by the defendant Clarence Lark that the former Crowley manger Joe Shea informed him of the existence of a investigation into narcotics distribution at Port Everglades. Mr. Shea has denied

that he disclosed the existence of the investigation.

          Respectfully submitted,

          GUY A. LEWIS
          UNITED STATES ATTORNEY

BY: /s/ Michael J. Dittoe
MICHAEL J. DITTOE
Assistant United States Attorney
Court ID #A5500209
500 E. Broward Blvd., Ste. 700
Ft. Lauderdale, FL 33394-3002
Tel: (954) 356-7392
Fax: (954) 356-7230

BY: /s/ Terrence Thompson
TERRENCE THOMPSON
Assistant United States Attorney
Court ID # A5500063
500 E. Broward Blvd., Ste. 700
Ft. Lauderdale, FL 33394-3002
Tel: (954) 356-7392
Fax: (954) 356-7230

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that a true and correct copy of the foregoing was hand delivered in open court this 18th day of May, 2001 to the below listed counsel:

| | |
|---|---|
| Donald I. Bierman, Esq | Paul D. Lazarus, Esq. |
| Bierman, Shohat, Loewy & Klein, P.A. | 800 Brickell Ave., PH-2 |
| 800 Brickell Avenue, PH-2 | Miami, FL 33131 |
| Miami, FL 33131 | |
| | |
| (305) 358-7000 | (305) 539-0606 |
| Attorney for Lark | Attorney for Crenshaw |
| | |
| Guy Speigelman, Esq. | Bruce H. Lehr, Esq. |

2

28 W. Flagler St., Ste. 400  
Miami, FL 33131

(305) 373-6634  
Attorney for McHorne

William J. Cone, Jr., Esq.  
514 S.E. Seventh St.  
Ft. Lauderdale, FL 33301

(954) 764-0570  
Attorney for Newton

1401 Brickell Ave., Ste. 810  
Miami, FL 33131

(305) 377-1777  
Attorney for Seymore


_____  
MICHAEL J. DITTOE  
ASSISTANT UNITED STATES ATTORNEY

_____  
TERRENCE THOMPSON  
ASSISTANT UNITED STATES ATTORNEY