UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6311-CR-HUCK

01 MAY 21 PM 2:28

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CLARENCE LARK, et al.,

    Defendants.
_____/

## BILL OF PARTICULARS

The United States of America, through the undersigned Assistant United States Attorney for the Southern District of Florida, hereby files this Bill of Particulars and states that:

Notice is hereby given that the United States will seek forfeiture, pursuant to 18 U.S.C. §982 and 1963 and 21 U.S.C. §853, of the below listed property of Defendant Clarence Lark.

1. One 1988 Ford CF6000, bearing Vehicle Identification Number 9BFPH60P6JDM00085;

2. One 1996 Trailer, bearing Vehicle Identification Number 1S9A3AL29TT010035;

3. One 1996 Ford LTL9000, bearing Vehicle Identification Number 1FDYA95D5TVA20666;

4. One 1986 Ford CF6000, bearing Vehicle Identification Number 9BFPH60P9GDM00929;

5. One 1995 Ford F-350, bearing Vehicle Identification Number 1FTJW35G0SEA79864;

6. One 1987 Ford CF6000, bearing Vehicle Identification Number 9BFPH60P3HDM03231;

7. One 1995 Ford F-350, bearing Vehicle Identification Number

1FTJW35F6SEA74661;

8. One 1995 Ford F-350, bearing Vehicle Identification Number 1FTJW35F9SEA74668;

9. One 1995 Ford F-350, bearing Vehicle Identification Number 1FTJW35F2SEA74737;

10. One 1995 Ford F-350, bearing Vehicle Identification Number 1FTJW35F4SEA72925;

11. One 1987 Ford CF6000, bearing Vehicle Identification Number 9BFPH60P2HDM01809;

12. One 1996 Ford Tractor, bearing Vehicle Identification Number 1FDYA95D7TVA20667;

13. One 1995 Ford F-350, bearing Vehicle Identification Number 1FTJW35F1SEA72929; and

14. One 1992 UD Truck, bearing Vehicle Identification Number JNAU4R0J8NAM04106.

The forfeiture of the above property is sought pursuant to the forfeiture counts of the Indictment.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

BY: _____
MICHAEL DITTOE
Assistant United States Attorney
500 E. Broward Boulevard, Suite 700
Ft. Lauderdale, Fl 33394
Tel: (954)356-7255 ext. 3586
Fax: (954)356-7230
Fla. Bar No. A5500209

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the above and foregoing was faxed and mailed this 18th day of May, 2001, to Paul D. Lazarus, Esq., 800 Brickell Avenue, PH-2, Miami, FL 33131-2944 at FAX No. (305) 358-4010 and Donald Bierman, Esq., c/o Bierman, Shohat, Loewy & Klein, 800 Brickell Avenue, Penthouse Two, Miami, FL 33131. FAX (305) 358-4010.

WILLIAM H. BECKERLEG, JR.
ASSISTANT U.S. ATTORNEY