FILED by ____ D.C.
MAY 21 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

DAY #11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6311-CR

## COURTROOM MINUTES

HONORABLE PAUL C. HUCK, Presiding   Date 5/21/01

Cont'd from 5/18/01

Defendant   1. CLARENCE LARK          5. RICARDO MCHORNE
            2. LARRY CRENSHAW         6. _____
            3. CURTIS NEWTON          7. _____
            4. LAWRENCE SEYMORE       8. _____

Defense Counsel Donald Bierman, (&)   AUSA Michael Dittoe (&)

Paul Lazarus, Bruce Lehr, Guy Spiegleman,   Terry Thompson

William Cone

Deputy Clerk VALERIE THOMPKINS   Reporter LARRY HERR

Calendar Call Held__  Non-appearance of Deft/Bench Warrant issued__

Begin Fugitive Interval__   Oral Motion_____

by_____

Oral Order   Grant__   Deny__   Adv.__

TRIAL:   JURY XXX   BENCH____

BENCH TRIAL BEGINS __   BENCH TRIAL HELD __   CONTINUED T_

VOIR DIRE BEGINS __   JURY SELECTION CONTD.__   JURY IMPANELED __

JURY TRIAL BEGINS____   JURY TRIAL HELD XX   CONTINUED TO 5/22/01

MISTRIAL DECLARED ___   NEW TRIAL ORDERED ___   TRIAL ENDS ___

DISMISSED COUNTS_____

__ COURT MOT   __ GOVT. MOT   __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts #_____