

Daily #15

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE # 00-6311-CR

## COURTROOM MINUTES

HONORABLE PAUL C. HUCK , Presiding   Date 05/25/01

Cont'd from 05/24/01

Defendant 1. CLARENCE LARK          5. RICARDO MCHORNE

2. LARRY CRENSHAW         6. _____

3. CURTIS NEWTON          7. _____

4. LAWRENCE SEYMORE       8. _____

Defense Counsel Donald Bierman, (&)    AUSA Michael Dittoe (&)

Paul Lazarus, Bruce Lehr, Guy Spiegleman,   Terry Thompson

William Cone

Deputy Clerk DEBORAH Christman   Reporter LARRY HERR

Calendar Call Held__ Non-appearance of Deft/Bench Warrant issued__

Begin Fugitive Interval__   Oral Motion_____

by_____

Oral Order   Grant__   Deny__   Adv.__

TRIAL:   JURY XXX   BENCH____

BENCH TRIAL BEGINS __ BENCH TRIAL HELD __ CONTINUED TO __/__/__

VOIR DIRE BEGINS __ JURY SELECTION CONTD.__ JURY IMPANELED __

JURY TRIAL BEGINS____ JURY TRIAL HELD XX CONTINUED TO 05/29/01

MISTRIAL DECLARED ___   NEW TRIAL ORDERED ___   TRIAL ENDS ___

DISMISSED COUNTS_____

__ COURT MOT   __ GOVT. MOT   __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts #_____

JUDGMENT/VERDICT OF NOT GUILTY  Cts #_____

DEFENDANT DISCHARGED/ACQUITTED _____

JUDGMENT/VERDICT OF GUILTY  Cts #_____

JURY VERDICT SET ASIDE \_\_\_

BAIL PENDING APPEAL SET AT _____

SENTENCING SET FOR \_\_\_/\_\_\_/\_\_\_ AT _____      NOTICE SERVED \_\_

JURORS

1._____    5._____    9._____

2._____    6._____   10._____

3._____    7._____   11._____

4._____    8._____   12._____

Alternate #1._____    Alternate #2._____

Alternate #3._____    Alternate #4._____

MISCELLANEOUS INSTRUCTIONS TO DOCKET CLERK

_____

_____

_____

_____

_____

_____

_____