UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 00-6311-CR-HUCK



UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CLARENCE LARK,
LARRY CRENSHAW,
CURTIS NEWTON,
LAWRENCE SEYMORE,
RICARDO MCHORNE,

    Defendant.
_____/

**DO NOT DESTROY**

QUESTION/NOTE FROM THE
JURY TO THE COURT

*Could we please have the evidence*

5/30/01

PLEASE DATE AND SIGN