D+H
#17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6311-CR

COURTROOM MINUTES

HONORABLE PAUL C. HUCK, Presiding   Date 5/30/01

Cont'd from 5/29/01

Defendant 1. CLARENCE LARK        5. RICARDO MCHORNE
           2. LARRY CRENSHAW      6. ___
           3. CURTIS NEWTON       7. ___
           4. LAWRENCE SEYMORE    8. ___

Defense Counsel Donald Bierman, (&)   AUSA Michael Dittoe (&)

Paul Lazarus, Bruce Lehr, Guy Spiegleman,   Terry Thompson

William Cone

Deputy Clerk VALERIE THOMPKINS   Reporter LARRY HERR

Calendar Call Held__ Non-appearance of Deft/Bench Warrant issued__

Begin Fugitive Interval__   Oral Motion_____

by_____

Oral Order   Grant__   Deny__   Adv.__

TRIAL:   JURY XXX   BENCH____

BENCH TRIAL BEGINS __ BENCH TRIAL HELD __ CONTINUED TO __/__/__

VOIR DIRE BEGINS __ JURY SELECTION CONTD.__ JURY IMPANELED __

JURY TRIAL BEGINS____ JURY TRIAL HELD XX CONTINUED TO __/__/01

MISTRIAL DECLARED ___ NEW TRIAL ORDERED ___ TRIAL ENDS ___

DISMISSED COUNTS_____

__ COURT MOT   __ GOVT. MOT   __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts #_____

JUDGMENT/VERDICT OF NOT GUILTY Cts # All Counts, All

DEFENDANT DISCHARGED/ACQUITTED Defendant's

JUDGMENT/VERDICT OF GUILTY Cts #__________

JURY VERDICT SET ASIDE ____

BAIL PENDING APPEAL SET AT __________

SENTENCING SET FOR ___/___/___ AT ______ NOTICE SERVED __

JURORS

| | | |
|---|---|---|
| 1.________ | 5.________ | 9.________ |
| 2.________ | 6.________ | 10.________ |
| 3.________ | 7.________ | 11.________ |
| 4.________ | 8.________ | 12.________ |

Alternate #1.________ Alternate #2.________

Alternate #3.________ Alternate #4.________

MISCELLANEOUS INSTRUCTIONS TO DOCKET CLERK