UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 00-6311-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

VS.

CLARENCE LARK,
LARRY CRENSHAW,
CURTIS NEWTON,
LAWRENCE SEYMORE,
RICARDO MCHORNE,

    Defendant.
_____/

**DO NOT DESTROY**

FILED by _____ D.C.
MAY 30 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

QUESTION/NOTE FROM THE
JURY TO THE COURT

We have a verdict
Two of the jurors
have to leave by 5:00

5/30/01  [signature]
PLEASE DATE AND SIGN