UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 00-6311-CR-HUCK

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

CLARENCE LARK,
LARRY CRENSHAW,
CURTIS NEWTON,
LAWRENCE SEYMORE,
RICARDO MCHORNE,

        Defendant.
_____/

**DO NOT DESTROY**

FILED by _____ D.C.

MAY 30 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

QUESTION/NOTE FROM THE
JURY TO THE COURT

*I would like to talk to the Judge We need some clarification*

5/30/01
PLEASE DATE AND SIGN

IF THE JURORS HAVE ANY QUESTIONS FOR THE JUDGE, PLEASE WRITE THEM OUT.

