UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 00-6311-CR-HUCK

FILED by _____ D.C.

MAY 29 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CLARENCE LARK,
LARRY CRENSHAW,
CURTIS NEWTON,
LAWRENCE SEYMORE,
RICARDO MCHORNE,

    Defendant.
_____/

**DO NOT DESTROY**

QUESTION/NOTE FROM THE
JURY TO THE COURT

_____
PLEASE DATE AND SIGN

We are tired.
We would like to return tomorrow at
8:30

Lori DRIBIN