

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6311 CR. Huck

Clarence Lark et al

### STIPULATION PERMITTING WITHDRAWAL OF EXHIBITS

It is stipulated by and between counsel for the respective parties that counsel for each party may withdraw all exhibits offered by that party, and shall retain the same pending appeal or further proceedings in this cause, and each does hereby release the Clerk of Court, from further responsibility.

Dated: 5-30-2001

_____
Counsel for Plaintiff

_____
Counsel for Plaintiff

_____
Counsel for Defendant

_____
Counsel for Defendant

Stipulation herein above approved this 31st day of May, 2001.

_____
United States District Judge