UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 00-6311-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CLARENCE LARK,

    Defendant.
_____/

FILED by ____ D.C.

MAY 3 1 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## JUDGMENT OF ACQUITTAL

The above-entitled cause having come on for trial, and the jury having found the defendant not quilty as to counts 1 thru 4 and counts 6 thru 13, Judgment of Acquittal is entered herein as to the Defendant, CLARENCE LARK, on Counts 1 thru 4 and Counts 6 thru 13 of the Indictment. It is further

ORDERED AND ADJUDGED that the Court entered a Judgment of Acquittal as to the Defendant Clarence Lark on the Forfeiture count in the Indictment.

ORDERED AND ADJUDGED that the defendant be discharged to go hence without day for return and exonerated of bond, if any, as to the count(s) hereinabove specified.

DONE AND ORDERED at Miami, Florida, this 31st day of May 2001

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: all counsel of record
    U. S. Marshal Service
    U. S. Probation Office
    U. S. Pretrial Services