UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6311-Cr-Huck
(Magistrate Garber)



UNITED STATES OF AMERICA,

      Plaintiff,

v.

CLARENCE LARK, et al,

      Defendants.

_____/

## MOTION TO UNFREEZE ASSETS

The Defendant, Clarence Lark, by and through his undersigned attorneys hereby files this Motion to Unfreeze Assets and in support thereof would show:

1. Clarence Lark was acquitted of all charged on in the instant case on May 31, 2001. See Exhibit "A".

2. Despite the fact that he was acquitted, the assets previously frozen by the Government prior to the acquittal have remained frozen and the Government has taken no steps to unfreeze them.

3. There is no valid basis for any of Lark's assets to be frozen.

**WHEREFORE**, Clarence Lark, through undersigned counsel, moves this Court to first order the U. S. Government to forthwith unfreeze his assets related to the instance prosecution.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered by mail this 19th day of June, 2002, to:

Michael Dittoe, Esquire
Assistant United States Attorney
500 East Broward Boulevard
Suite 700
Fort Lauderdale, FL 33394

                                    Respectfully submitted,

                                    **BIERMAN, SHOHAT,**
                                    **LOEWY & KLEIN P.A.**
                                    Attorneys for Defendant Lark
                                    800 Brickell Avenue, Ph. 2
                                    Miami, FL 33131-2944
                                    Telephone: 305-358-7000
                                    Facsimile: 305-358-4010

By: _____
                                    **MICHAEL A. PIZZI, JR.**
                                    Florida Bar No. 079545

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 00-6311-CR-HUCK

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

CLARENCE LARK,

        Defendant.
_____/



## JUDGMENT OF ACQUITTAL

The above-entitled cause having come on for trial, and the jury having found the defendant not guilty as to counts 1 thru 4 and counts 6 thru 13, Judgment of Acquittal is entered herein as to the Defendant, CLARENCE LARK, on Counts 1 thru 4 and Counts 6 thru 13 of the Indictment. It is further

ORDERED AND ADJUDGED that the Court entered a Judgment of Acquittal as to the Defendant Clarence Lark on the Forfeiture count in the Indictment.

ORDERED AND ADJUDGED that the defendant be discharged to go hence without day for return and exonerated of bond, if any, as to the count(s) hereinabove specified.

DONE AND ORDERED at Miami, Florida, this 31st day of May 2001

                                        _____
                                        PAUL C. HUCK
                                        UNITED STATES DISTRICT JUDGE
                                        SOUTHERN DISTRICT OF FLORIDA

EXHIBIT A