UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6311-CR-HUCK



UNITED STATES OF AMERICA

    Plaintiff,

vs.

CLARENCE LARK, et al.

    Defendants.
_____/

### UNITED STATES' RESPONSE TO MOTION TO UNFREEZE ASSETS

The United States files this response to Clarence Lark's motion to unfreeze assets and submits that:

1.    The United States has no objection to the relief requested and agrees that the restraining orders previously entered in this matter should be set aside and all assets should be free of any restraint.

    Respectively submitted,

    MARCOS DANIEL JIMENEZ
    UNITED STATES ATTORNEY

By: _____
    WILLIAM H. BECKERLEG, JR.
    Assistant United States Attorney
    500 Broward Boulevard, 7th Floor
    Ft. Lauderdale, Florida 33394
    Tel: (954) 356-7314
    Fax: (954) 356-7180
    Bar No. A5500074

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed via Federal Express this ____ day of November, 2002, to: Michael A. Pizzi, Esq., Counsel for Clarence Lark, c/o Bierman, Shohat, Loewy & Klein, P.A., 800 Brickell Avenue, PH 2, Miami, FL 33131-2944.

                                                WILLIAM H. BECKERLEG, JR.
                                                ASSISTANT U.S. ATTORNEY