UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6311-Cr-Huck
(Magistrate Garber)

FILED by ___ D.C.

NOV 2 1 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

UNITED STATES OF AMERICA,

    Plaintiff,

vs

CLARENCE LARK, et al,

    Defendants.
_____/

### ORDER GRANTING MOTION TO UNFREEZE ASSETS

THIS CAUSE came before the Court upon the Defendant'S Motion to Unfreeze Assets. The Court having reviewed the Motion and noting the position of the government, it is hereby

ORDERED AND ADJUDGED that the motion be and the same is hereby GRANTED. The restraining orders previously entered in this matter are hereby set aside. Therefore, Prudential Securities Accounts numbered 07N-R44567, MAA-814D22 and MAA-814031 are hereby released from any incumbrances.

DONE AND ORDERED at Miami-Dade, Florida this 21st day of November 2002.

Paul C. Huck
United States District Judge

Copies furnished to:

Bierman, Shohat, Loewy & Klein P.A.
AUSA William Beckerleg, Jr., Esquire
Prudential Securities - Aventura (certified copy)

